Civil Action No.      **1:26-CV-2078** SLJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**APR 21 2026**

KEVIN P. WEIMER, Clerk

By: _____ Deputy Clerk

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **CREDIT CORP SOLUTIONS, INC.**
was received by me on  **4/16/2026**:

☐  I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT AND DAMAGES AND INJUNCTIVE RELIEF** on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **CORPORATION SERVICE COMPANY**, who is designated by law to accept service of process on behalf of **CREDIT CORP SOLUTIONS, INC.** at **2 Sun Ct Ste 400, Peachtree Corners, GA 30092 on 04/17/2026 at 9:43 AM**; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date:  04/17/2026

_____
Server's signature

**Dana Faulkner**
*Printed name and title*

**3769 Tupelo Trail**
**Auburn, GA 30011**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND DAMAGES AND INJUNCTIVE RELIEF, to CORPORATION SERVICE COMPANY, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs. Alisha M Smith, Coordinator, Authorized to Accept.**





Tracking #: 0218987127

# Georgia Certified Process Server



Dana Faulkner

Cert. Date    11/16/2024

Exp. Date    11/16/2027

ID #        CPS260

**NON LAW ENFORCEMENT**

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia ▾

| | |
|---|---|
| KATHERINE PERSON | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   **1:26-CV-2078** |
| CREDIT CORP SOLUTIONS, INC | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CREDIT CORP SOLUTIONS, INC
C/O CORPORATION SERVICE COMPANY
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: KATHERINE PERSON
3427 SARDIS BEND DRIVE
BUFORD, GA 30519

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEVIN P. WEIMER**
*CLERK OF COURT*

Date: __APR 1 6 2026__

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date: _____              _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*


Additional information regarding attempted service, etc: