UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KATHERINE PERSON,

    Plaintiff,                       CIVIL ACTION FILE NO.

    v.                            1:26-CV-2078-SCJ-CCB

CREDIT CORP SOLUTIONS, INC.,

    Defendant.

## **ORDER**

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**IT IS SO ORDERED**, this 7th day of May, 2026.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE